**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-14-1579-PHX-SRB (BSB) |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| Terrence Pancott, | |
| Defendant. | |

On May 6, 2015, Defendant appeared before this Court on a petition to revoke conditions of release and submitted the issue to the Court. The Court considered the information provided to the Court in determining whether Defendant should be released on conditions set by the Court.

The Court finds that the Defendant knowingly, intelligently, and voluntarily waived his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148(b).

The Court finds by clear and convincing evidence that Defendant has violated the terms and conditions of his release.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated this 11th day of May, 2015.

Honorable John Z. Boyle
United States Magistrate Judge